IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NUUH AMIR NAUM                                                            PLAINTIFF

v.                          No. 5:12-cv-433-DPM-HDY

BOLDEN, Chief, WC Brassell Detention Center;
TYLER, Major, WC Brassell Detention Center; and
ADAMA, Captain, WC Brassell Detention Center              DEFENDANTS

ORDER

No one has objected to Magistrate Judge H. David Young's proposed findings and recommendations, *Document No. 4*. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee notes to 1983 Addition), and for legal error, the Court adopts the proposal as its own. Naum has not paid a filing fee or filed an application to proceed *in forma pauperis*. He was warned his failure to do so would result in the case's dismissal. *Document No. 3*. His complaint, *Document No. 2*, is therefore dismissed without prejudice. An *in forma pauperis* appeal of this Order and Judgment would not be taken in good faith.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 January 2013