IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NUUH AMIR NAUM                                        PLAINTIFF

v.                  No. 5:12-cv-433-DPM

BOLDEN, Chief, WC Brassell Detention Center;
TYLER, Major, WC Brassell Detention Center; and
ADAMA, Captain, WC Brassell Detention Center      DEFENDANTS

JUDGMENT

Naum's complaint is dismissed without prejudice.

*D.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United States District Judge

30 January 2013