# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**NUUH AMIR NAUM**                                                **PLAINTIFF**

v.                       No. 5:12-cv-433-DPM

**BOLDEN, Chief, WC Brassell Detention Center;
TYLER, Major, WC Brassell Detention Center; and
ADAMA, Captain, WC Brassell Detention Center**     **DEFENDANTS**

## JUDGMENT

Naum's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 January 2013